IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 11-cv-01363-WYD-CBS  FTR - Reporter Deck-Courtroom A402
Date: September 13, 2011  Courtroom Deputy: Laura Galera

*Parties:*  *Counsel:*

DENISE HETTINGER,  Richard Blundell

    Plaintiff,

v.

JOHN B. COOKE,  Gillian Dale

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:** 9:12 a.m.
Court calls case. Appearances of counsel. Mr. Blundell appears by telephone.

Court addresses plaintiff regarding the claims in the complaint.

Mr. Blundell requests leave to file an amended complaint.

For the reasons as stated on the record it is:

**ORDERED:** Defendant's Unopposed Motion to Stay Doc. # [19] is GRANTED. The proceedings in the case are **STAYED** pending a ruling on Defendant's Motion to Dismiss Doc. #[18].

**ORDERED:** Status conference is set **October 19, 2011 at 11:30 a.m.**

Court advises Mr. Blundell that if he wishes to amend the complaint, he should file an Affirmative Motion for Leave to Amend and attach a copy of the proposed amended complaint to the motion.

HEARING CONTINUED.
**Court in recess:** 9:24 a.m.
Total time in court: 00:12

Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.