IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-01363-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: September 17, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

DENISE HETTINGER,                                         Richard K. Blundell *(appearing by telephone)*

    Plaintiff,

v.

JOHN B. COOKE, *et al*.,                                     Gillian Dale

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in Session:    10:45 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION for Leave to file amended complaint (Docket No. 56, filed on 8/21/2012).  Discussion between the court and Mr. Blundell regarding the difference between the original complaint and the amended complaint.

**ORDERED:**  The court **DENIES without prejudice** the defendant's MOTION for Leave to file amended complaint (Docket No. 56, filed on 8/21/2012)

The court advises the parties that the case shall move forward as outlined on Chief Judge Daniel's Order (Docket No. 39, filed on 6/7/2012).  Discussion regarding how to move this case forward and if discovery has been started.  Parties inform the court that no discovery has been exchanged.

HEARING CONCLUDED.    **Court in recess**:        **10:56 a.m.**        Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.