IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01363-WYD-CBS

DENISE HETTINGER f/k/a DENISE SEYBOLD,

    Plaintiff,

v.

JOHN B. COOKE, individually and in his official capacity as Weld County Sheriff,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal filed January 17, 2013.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Joint Stipulation for Dismissal **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay their own attorneys' fees and costs.

Dated:  January 17, 2013

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge